# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Federico RODRIGUEZ-Vega<br><br><br><br><br>　　　　　Defendant, | Magistrate Docket No. '08 MJ 1085<br>Case No. _____<br><br>COMPLAINT FOR VIOLATION OF:<br>**Title 8 USC, Section 1326**<br><br>Deported Alien Found in the United States<br><br>(Felony) |

The undersigned complainant, being duly sworn, states:

On or about April 2, 2008, within the Southern District of California, Defendant Federico RODRIGUEZ-Vega, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Chris Watkins, Senior Special Agent
U.S. Immigration & Customs Enforcement

Sworn to before me and subscribed in my presence, this 8th day of April, 2008.

_____
Hon. Ruben B. Brooks
U.S. Magistrate Judge

M/P

# STATEMENT OF FACTS

On April 2, 2008, Escondido Police Department encountered Federico RODRIGUEZ-Vega. ICE Special Agent Chris Watkins was working in Escondido at the time of the encounter and was contacted to confirm that RODRIGUEZ is a deported alien. SA Watkins conducted automated checks and confirmed that RODRIGUEZ is a citizen and native of Mexico without any documents to enter or remain in the United States. RODRIGUEZ was ordered removed to Mexico by an Immigration Judge on February 8, 1993.

A review of records maintained by the U.S. Department of Homeland Security reveals that RODRIGUEZ is a native and citizen of Mexico, and that he was deported from the United States to Mexico on January 17, 2007, through the port at San Ysidro, California. These same records indicate that this deportation was pursuant to an order by an immigration judge dated February 8, 1993. A Warrant of Deportation was observed which documents RODRIGUEZ' physical removal from the United States to Mexico on January 17, 2007. A Report of Deportable/Inadmissible Alien identifying RODRIGUEZ as a native and citizen of Mexico was reviewed. Fingerprints and photographs taken by immigration officers in preparation for RODRIGUEZ' deportation were included in this document review.

On April 7, 2008, upon transfer to ICE and arrival to the San Diego federal building, an IDENT query was conducted on RODRIGUEZ' index fingerprints, which yielded a match to his alien file and immigration history. The IDENT system provided photographs of RODRIGUEZ and index fingerprints, which were taken by immigration officers during processing for removal from the United States.

On April 7, 2008, at approximately 2:48 p.m., ICE SA John Scott read RODRIGUEZ his Miranda rights in the Spanish language, in the presence of ICE SA Watkins. RODRIGUEZ stated that he understood his rights and acknowledged the understanding of his rights by signing the waiver portion of a rights form. RODRIGUEZ further advised SA's Scott and Watkins that he would answer questions without the presence of an attorney. This admonishment, stated understanding and waiver of rights were videotaped.

During the interview RODRIGUEZ told SA's Scott and Watkins substantially the following:

RODRIGUEZ stated that he was born on July 18, 1974, in the small town of Atlatlaocan, near the city of Cuernavaca, Morelos, Mexico. RODRIGUEZ stated that his father was born in Mexico and is a naturalized United States citizen. RODRIGUEZ also stated that his mother is Mexican citizen, born in Mexico. RODRIGUEZ then stated that he is a citizen of Mexico.

RODRIGUEZ further admitted to having been previously deported in 2007. He claimed that he re-entered the U.S. near Imperial Beach, California, in January 2008.

When asked if he had applied for permission to lawfully return to the United States after his deportations, he responded in the negative.

A review of the records maintained by the U.S. Department of Homeland Security produced no evidence that RODRIGUEZ has applied for or been granted permission to lawfully return to the United States after deportation.