AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,
    Plaintiff,
  v.
FEDERICO RODRIGUEZ-VEGA,
    Defendant.

**APPEARANCE**

Case Number: 08MJ1085

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for
 FEDERICO RODRIGUEZ-VEGA

 I certify that I am admitted to practice in this court.

| 4/10/2008 | /s/ SHAFFY MOEL |
|---|---|
| Date | Signature |

| | |
|---|---|
| Shaffy Moeel / Federal Defenders of SD | 238732 |
| Print Name | Bar Number |
| 225 Broadway, Suite 900 | |
| Address | |
| San Diego, CA  92101 | |
| City  State  Zip Code | |
| (619) 234-8467 | (619) 687-2666 |
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 10, 2008                                              ____/s/ Shaffy Moeel_____
                                                                                           SHAFFY MOEEL
                                                                                           Federal Defenders of San Diego, Inc.
                                                                                           225 Broadway, Suite 900
                                                                                           San Diego, CA 92101-5030
                                                                                           (619) 234-8467 (tel)
                                                                                           (619) 687-2666 (fax)
                                                                                           e-mail: Shaffy_Moeel@fd.org